**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| POSITIVE TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> FUJITSU AMERICA, INC., HITACHI AMERICA LTD., MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC., PANASONIC CORP. OF NORTH AMERICA, PHILIPS ELECTRONICS NORTH AMERICA CORP., PIONEER ELECTRONICS (USA), INC., SAMSUNG ELECTRONICS AMERICA, AND SHARP ELECTRONICS CORP., <br><br> Defendants. | CIVIL ACTION NO. 2:06-cv-00022-TJW |

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff POSITIVE TECHNOLOGIES, INC. voluntarily dismisses only Defendant FUJITSU AMERICA, INC. from the above-captioned action.

1.

Dated: April 13, 2006                          Respectfully submitted,

/s/ James P. Brogan
James P. Brogan
**Attorney-in-charge**
Chad T. Nitta
Carolyn V. Juarez
COOLEY GODWARD LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO  80021-8023
Telephone:     (720) 566-4000
Facsimile:      (720) 566-4099

OF COUNSEL:

Collin M. Maloney
Texas State Bar No. 00794219
IRELAND, CARROLL & KELLEY, P.C.
6101 South Broadway, Suite 500
Tyler, TX  75703
Telephone:     (903) 561-1600
Facsimile:      (903) 581-1071


Thomas J. Friel
COOLEY GODWARD LLP
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

Kevin Zimmer
COOLEY GODWARD LLP
4401 Eastgate Mall
San Diego, CA  92121-1909
Telephone:     (858) 550-6000
Facsimile:      (858) 550-6420


ATTORNEYS FOR POSITIVE TECHNOLOGIES, INC.

251245 v1/CO
04/13/06 10:53 AM