**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| POSITIVE TECHNOLOGIES, INC. | § | |
| a California Corporation, | § | |
| | § | Case Number: 2:06-cv-22 WARD |
| V. | § | |
| FUJITSU AMERICA, INC., | § | |
| a Deleware Corporation; et al | § | |

**PLAINTIFF POSITIVE TECHNOLOGIES, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Positive Technologies, Inc. hereby certifies that it

has no corporate parent and that no publicly held company owns 10% or more of its stock.

Dated: May 1, 2006

Respectfully submitted,

/s/ James P. Brogan (with permission by Collin
Maloney)
James P. Brogan - **Attorney-in-charge**
Chad T. Nitta
Carolyn V. Juarez
COOLEY GODWARD LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
Telephone: (720) 566-4000
Facsimile: (720) 566-4099

Collin M. Maloney
Texas State Bar No. 00794219
IRELAND, CARROLL & KELLEY, P.C.
6101 South Broadway, Suite 500
Tyler, TX 75703
Telephone: (903) 561-1600
Facsimile: (903) 581-1071

Thomas J. Friel
COOLEY GODWARD LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000

Facsimile: (415) 693-2222

Kevin Zimmer
COOLEY GODWARD LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

**ATTORNEYS FOR POSITIVE
TECHNOLOGIES,
INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 1, 2006.

/s/_____
Collin Maloney