**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**MARSHALL DIVISION**

| | | |
|---|---|---|
| POSITIVE TECHNOLOGIES, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § § | CIVIL ACTION NO.: 2-06-CV-22-TJW |
| BENQ AMERICA CORP., FUJITSU GENERAL AMERICA, INC., HITACHI AMERICA LTD., JVC AMERICAS CORP., MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC., NEC DISPLAY SOLUTIONS OF AMERICA, INC., PANASONIC CORP. OF NORTH AMERICA, PHILIPS ELECTRONICS NORTH AMERICA CORP., PIONEER ELECTRONICS (USA), INC., POLAROID CORP., PROVIEW TECHNOLOGY, INC., REGENT U.S.A., INC., SAMSUNG ELECTRONICS AMERICA, INC., SHARP ELECTRONICS CORP., TOSHIBA AMERICA, INC., TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C., AND V, INC., | § § § § § § § § § § § § § § § § § | **JURY DEMANDED** |
| Defendants. | § § | |

**PANASONIC CORPORATION OF NORTH AMERICA'S
RULE 7.1 DISCLOSURE STATEMENT**

Panasonic Corporation of North America, defendant in the above entitled and numbered civil action, discloses pursuant to FED R. CIV. P. 7.1(a) that it is a wholly-owned subsidiary of Matsushita Electric Industrial Co., Ltd., a Japanese corporation. No other corporation owns 10 percent or more of its stock.

334030.1

-2-

Respectfully submitted,

*[signature: E M Albritton]*

Dated: June 19, 2006

_____
Eric M. Albritton
Lead Counsel
ALBRITTON LAW FIRM
Texas State Bar No. 00790215
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)
ema@emafirm.com

Of Counsel:

Morton Amster
New York Registration No. 1193689
Abraham Kasdan
New York Registration No. 2040772
Michael J. Kasdan
New York Registration No. 4086435
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
(212) 336-8000 (phone)
(212) 336-8001(fax)

Attorneys for Defendant

PANASONIC CORPORATION OF NORTH AMERICA

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 19th day of June, 2006.

_____
Eric M. Albritton