# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

## MARSHALL DIVISION

‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒

| | |
|---|---|
| POSITIVE TECHNOLOGIES, INC., § <br> § <br> Plaintiff,   § <br> § <br> v.   § <br> § <br> BENQ AMERICA CORP., FUJITSU GENERAL § <br> AMERICA, INC., HITACHI AMERICA LTD., § <br> JVC AMERICAS CORP., MITSUBISHI § <br> DIGITAL ELECTRONICS AMERICA, INC., § <br> NEC DISPLAY SOLUTIONS OF AMERICA, § <br> INC., PANASONIC CORP. OF NORTH § <br> AMERICA, PHILIPS ELECTRONICS NORTH § <br> AMERICA CORP., PIONEER ELECTRONICS § <br> (USA), INC., POLAROID CORP., PROVIEW § <br> TECHNOLOGY, INC., REGENT U.S.A., INC., § <br> SAMSUNG ELECTRONICS AMERICA, INC., § <br> SHARP ELECTRONICS CORP., TOSHIBA § <br> AMERICA, INC., TOSHIBA AMERICA § <br> CONSUMER PRODUCTS, L.L.C., AND V, INC., § <br> § <br> Defendants.   § | CIVIL ACTION NO.: 2-06-CV-22-TJW <br><br> **JURY DEMANDED** |

‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒

## JVC AMERICAS CORP.'S RULE 7.1 DISCLOSURE STATEMENT

JVC Americas Corp., defendant in the above entitled and numbered civil action, discloses pursuant to FED R. CIV. P. 7.1(a) that it is a wholly-owned subsidiary of Victor Company of Japan, Ltd., a Japanese corporation.  No other corporation owns 10 percent or more of its stock.

341425.1

Respectfully submitted,

Dated: June 19, 2006

_____

Eric M. Albritton
Lead Counsel
ALBRITTON LAW FIRM
Texas State Bar No. 00790215
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)
ema@emafirm.com

Of Counsel:

Morton Amster
New York Registration No. 1193689
Abraham Kasdan
New York Registration No. 2040772
Michael J. Kasdan
New York Registration No. 4086435
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
(212) 336-8000 (phone)
(212) 336-8001(fax)

Attorneys for Defendant

JVC AMERICAS CORP.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 19th day of June, 2006.

_____

Eric M. Albritton