**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| POSITIVE TECHNOLOGIES, INC., | |
| Plaintiff, | Civil Action No. 2:06-CV-22 TJW |
| v. | JURY TRIAL DEMANDED |
| (1) BENQ AMERICA CORP., <br> (2) FUJITSU GENERAL AMERICA, INC., <br> (3) HITACHI AMERICA LTD., <br> (4) JVC AMERICAS CORP., <br> (5) MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC., <br> (6) NEC DISPLAY SOLUTIONS OF AMERICA, INC., <br> (7) PANASONIC CORP. OF NORTH AMERICA, <br> (8) PHILIPS ELECTRONICS NORTH AMERICA CORP., <br> (9) PIONEER ELECTRONICS (USA), INC., <br> (10) POLAROID CORP., <br> (11) PROVIEW TECHNOLOGY, INC., <br> (12) REGENT U.S.A., INC., <br> (13) SAMSUNG ELECTRONICS AMERICA, INC., <br> (14) SHARP ELETRONICS CORP., <br> (15) TOSHIBA AMERICA, INC., <br> (16) TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C., AND <br> (17) V, INC., <br><br> Defendants. | |

**DEFENDANT SAMSUNG ELECTRONICS AMERICA, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant, Samsung Electronics America, Inc., in the above-captioned action discloses that Samsung Electronics America, Inc. is wholly-owned by Samsung Electronics Co., Ltd.

DATED:   June 19, 2006                        Respectfully Submitted,

<br>

                                                          Scott E. Stevens
                                                          Texas State Bar No. 00792024
Stevens Law Firm
P.O. Box 807
Longview, Texas 75606
(903) 753-6760 (phone)
(903) 753-6761 (fax)
scott@seslawfirm.com

Of Counsel:

Kevin P.B. Johnson
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
kevinjohnson@quinnemanuel.com

William Price
Bruce R. Zisser
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
williamprice@quinnemanuel.com
brucezisser@quinnemanuel.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 19th day of June, 2006.

_____
Scott E. Stevens