**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| POSITIVE TECHNOLOGIES, INC. | § | |
| a California Corporation, | § | |
| | § | Case Number: 2:06-cv-22 WARD |
| V. | § | |
| | § | |
| FUJITSU GENERAL AMERICA, INC., | § | |
| a Delaware Corporation, et al | § | |

## ORDER OF DISMISSAL

Came on for consideration Plaintiff, Positive Technologies, Inc., for Voluntary Dismissal as to Defendant Toshiba America, Inc. only. Having considered the motion, the Court is of the opinion that it is well taken and should be granted.

IT IS THEREFORE ORDERED that Plaintiff Positive Technologies, Inc.'s Motion for Voluntary Dismissal, without prejudice, as to Defendant Toshiba America, Inc. only is GRANTED.

SIGNED this 26th day of June, 2006.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE