IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| POSITIVE TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:06-cv-22-TJW |
| | ) | |
| BENQ AMERICA CORP., FUJITSU GENERAL | ) | |
| AMERICA, INC., HITACHI AMERICA, LTD., | ) | |
| JVC AMERICAS CORP., MITSUBISHI DIGITAL | ) | |
| ELECTRONICS AMERICA, INC, NEC DISPLAY | ) | |
| SOLUTIONS OF AMERICA, INC., PANASONIC | ) | |
| CORP. OF NORTH AMERICA, PHILIPS | ) | |
| ELECTRONICS NORTH AMERICA CORP., | ) | |
| PIONEER ELECTRONICS (USA), INC., | ) | |
| POLAROID CORP., PROVIEW TECHNOLOGY, | ) | |
| INC., REGENT U.S.A., INC., SAMSUNG | ) | |
| ELECTRONICS AMERICA, INC., SHARP | ) | |
| ELECTRONICS CORP., TOSHIBA AMERICA, | ) | |
| INC., TOSHIBA AMERICA CONSUMER | ) | |
| PRODUCTS, L.L.C. AND V, INC. | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT NEC DISPLAY
SOLUTIONS OF AMERICA, INC.,**

NEC Display Solutions of America, Inc. hereby states that it is a wholly owned

subsidiary of NEC Display Solutions. Ltd., which is a wholly owned subsidiary of NEC

Corporation.

Dated: June_27, 2006                     Respectfully submitted,

/s/ GUY N. HARRISON
Guy N. Harrison
gnharrison@att.net
Attorney at Law
217 N. Center
Longview, TX 75601
Telephone:  (903) 758-7361
Facsimile:  (903) 753-9557

*Of Counsel:*
Andrea M. Augustine
aaugustine@foley.com
FOLEY & LARDNER LLP
321 North Clark St., Ste. 2800
Chicago, ILL 60610
Ph: (312) 832-4582
Fax: (312) 832-4700

*Counsel for Defendants NEC DISPLAY
SOLUTIONS OF AMERICA, INC.,*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded via the Court's CM/ECF Filing System or via first class mail to each attorney/party of record on this ___27_____ of June, 2006.

/s/ GUY N. HARRISON
Guy N. Harrison

2

W ASH_1512740.1