**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **POSITIVE TECHNOLOGIES, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:06-cv-00022-TJW |
| | ) | |
| v. | ) | |
| | ) | |
| **BENQ AMERICA CORP., FUJITSU GENERAL AMERICA, INC., HITACHI AMERICA, LTD., JVC AMERICAS CORP., MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC., NEC DISPLAY SOLUTIONS OF AMERICA, INC., PANASONIC CORP. OF NORTH AMERICA, PHILIPS ELECTRONICS NORTH AMERICA CORP., PIONEER ELECTRONICS (USA) INC., POLAROID CORP., PROVIEW TECHNOLOGY, INC., REGENT U.S.A., INC., SAMSUNG ELECTRONICS AMERICA, INC., SHARP ELECTRONICS CORP., TOSHIBA AMERICA, INC., TOSHIBA AMERICA CONSUMER PRODUCTS L.L.C., AND V, INC.,** | ) | |
| | ) | |
| Defendants | ) | |

## CORPORATE DISCLOSURE STATEMENT OF V, INC.

Pursuant to Federal Rule of Civil Procedure 7.1, defendant and counterclaimant V, Inc. identifies Amtran Technology, Ltd., as a publicly held corporation that owns 10% or more of the stock of V, Inc.

        Respectfully submitted,


By:    */s/ Lance Lee*
     Lance Lee
     State Bar No. 24004762
     Young, Pickett & Lee
     4122 Texas Blvd.
     P.O. Box 1897
     Texarkana, TX-AR 75504-1897
     Telephone: (903) 794-1303
     Facsimile: (903) 792-5098
     wlancelee@aol.com

**JONES DAY**
Kenneth Adamo
State Bar No. 00846960
2727 North Harwood Street
Dallas, Texas  75201-1515
Telephone: (214) 220.3939
Facsimile: (214) 969.5100
kradamo@jonesday.com

**JONES DAY**
Louis Touton
Texas Bar No. 20151150
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone:  (213) 489-3939
Facsimile:  (213) 243-2539
lltouton@jonesday.com

Attorneys for Defendant V, Inc.


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 24, 2006.


    */s/ Lance Lee*
    Lance Lee