## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| POSITIVE TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> BENQ AMERICA CORP., FUJITSU GENERAL AMERICA, INC., HITACHI AMERICA LTD., JVC AMERICAS CORP., MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC., NEC DISPLAY SOLUTIONS OF AMERICA, INC., PANASONIC CORP. OF NORTH AMERICA, PHILIPS ELECTRONICS NORTH AMERICA CORP., PIONEER ELECTRONICS (USA), INC., POLAROID CORP., PROVIEW TECHNOLOGY, INC., REGENT U.S.A., INC., SAMSUNG ELECTRONICS AMERICA, INC., SHARP ELECTRONICS CORP., TOSHIBA AMERICA, INC., TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C., AND V, INC., <br><br> Defendants, <br><br> And <br><br> SAMSUNG SDI CO., LTD <br><br> Intervenor. | CASE NO. 2:06-cv-00022-TJW <br> Jury Trial Demanded |

## ORDER OF DISMISSAL

Came on for consideration Plaintiff Positive Technologies, Inc.'s and Defendant Hitachi America, Ltd.'s Stipulation of Dismissal as to Defendant Hitachi America, Ltd. Having considered the Stipulation of Dismissal, the Court is of the opinion that it is well taken and should be granted.

264164 v1/CO                                    1.

2.

IT IS THEREFORE ORDERED that all claims and defenses asserted by or between Plaintiff Positive Technologies, Inc. and Defendant Hitachi America Ltd. are hereby dismissed with prejudice with each side to bear its own costs and attorneys' fees.

SIGNED this 29th day of November, 2006.

*T. John Ward*
_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE