**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

POSITIVE TECHNOLOGIES, INC.,

        Plaintiff,

    v.

BENQ AMERICA CORP., FUJITSU
GENERAL AMERICA, INC., JVC
AMERICAS CORP., MITSUBISHI
DIGITAL ELECTRONICS AMERICA,
INC., NEC DISPLAY SOLUTIONS OF
AMERICA, INC., PANASONIC CORP. OF
NORTH AMERICA, PHILIPS
ELECTRONICS NORTH AMERICA
CORP., PIONEER ELECTRONICS (USA)
INC., POLAROID CORP., PROVIEW
TECHNOLOGY, INC., REGENT U.S.A.,
INC., SAMSUNG ELECTRONICS
AMERICA, INC., SHARP ELECTRONICS
CORP., TOSHIBA AMERICA, INC.,
TOSHIBA AMERICA CONSUMER
PRODUCTS, L.L.C., AND
V, INC.,

        Defendants,

And

SAMSUNG SDI CO., LTD

        Intervenor.

CASE NO. 2:06-cv-00022-TJW
Jury Trial Demanded

**STIPULATION OF DISMISSAL OF PIONEER ELECTRONICS (USA) INC.**

    Positive Technologies, Inc. ("Positive") and Pioneer Electronics (USA) Inc. ("Pioneer"),

through their respective undersigned counsel, hereby stipulate and agree that their respective

actions against each other be and hereby are dismissed in their entirety with prejudice, each side

to bear its own costs and expenses, including attorney fees, incurred in connection with the

actions.  Positive's Complaint and action with regard to the remaining defendants remains in effect unless and until specifically dismissed.

Dated:  December 18, 2006

/s/ James P. Brogan
James P. Brogan
**Attorney-in-charge**
Chad T. Nitta
Carolyn V. Juarez
COOLEY GODWARD KRONISH LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO  80021-8023
Telephone:     (720) 566-4000
Facsimile:      (720) 566-4099

OF COUNSEL:

Collin M. Maloney
Texas State Bar No. 00794219
IRELAND, CARROLL & KELLEY, P.C.
6101 South Broadway, Suite 500
Tyler, TX  75703
Telephone:     (903) 561-1600
Facsimile:      (903) 581-1071

Thomas J. Friel
COOLEY GODWARD KRONISH LLP
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

Kevin Zimmer
COOLEY GODWARD KRONISH LLP
4401 Eastgate Mall
San Diego, CA  92121-1909
Telephone:     (858) 550-6000
Facsimile:      (858) 550-6420

ATTORNEYS FOR POSITIVE
TECHNOLOGIES, INC.

/s/ Ronald P. Oines
Ronald P. Oines
**Attorney-in-charge**
Ako Williams
Hani Sayed
RUTAN & TUCKER, LLP
611 Anton Boulevard, 14th Floor
Costa Mesa, CA  92626
Telephone:     (714) 662-4680
Facsimile:      (714) 546-9035

Donald E. Herrmann
Michael D. Anderson
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, TX  76102
Telephone:     (817) 332-2500
Facsimile:      (817) 878-9280

ATTORNEYS FOR PIONEER
ELECTRONICS (USA) INC.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this **STIPULATION OF DISMISSAL OF PIONEER ELECTRONICS (USA) INC.** was served on all counsel who are deemed to have consented to electronic service.  Local  Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by facsimile on this 18th day of December, 2006.

/s/James P. Brogan