**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| POSITIVE TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> BENQ AMERICA CORP., FUJITSU GENERAL AMERICA, INC., JVC AMERICAS CORP., MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC., NEC DISPLAY SOLUTIONS OF AMERICA, INC., PANASONIC CORP. OF NORTH AMERICA, PHILIPS ELECTRONICS NORTH AMERICA CORP., POLAROID CORP., PROVIEW TECHNOLOGY, INC., REGENT U.S.A., INC., SAMSUNG ELECTRONICS AMERICA, INC., SHARP ELECTRONICS CORP., TOSHIBA AMERICA, INC., TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C., AND V, INC., <br><br> Defendants, <br><br> And <br><br> SAMSUNG SDI CO., LTD <br><br> Intervenor. | CASE NO. 2:06-cv-00022-TJW <br> Jury Trial Demanded |

**ORDER GRANTING STIPULATION OF DISMISSAL OF**
**POLAROID CORPORATION**

The stipulation of Positive Technologies, Inc. and Polaroid Corporation has been considered, and IT IS HEREBY ORDERED that all claims and defenses asserted between Positive Technologies, Inc. and Polaroid Corporation are hereby dismissed with prejudice with each side to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

SIGNED this 10th day of January, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE